Fill in this information to identify the case:

Debtor 1: RUSSELL, Julie Kay

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Indiana (State)

Case number: 13-80296 JJG-13

---

Form 4100N

# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### Part 1: Mortgage Information

**Name of creditor:** Nationstar Mortgage, LLC

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 2 0 6 3

**Property address:** 38 S State Street
Number   Street

Shelburn   IN   47879
City   State   ZIP Code

### Part 2: Cure Amount

**Total cure disbursements made by the trustee:**         Amount

a. Allowed prepetition arrearage:    (a) $ 9,059.31
b. Prepetition arrearage paid by the trustee:    (b) $ 9,059.31
c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c):    (c) $ -0-
d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee:    (d) $ -0-
e. Allowed postpetition arrearage:    (e) $ -0-
f. Postpetition arrearage paid by the trustee:    + (f) $ -0-
g. **Total**. Add lines b, d, and f.    (g) $ 9,059.31

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment: $ 682.42

The next postpetition payment is due on: 9 / ___ / 2018
MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N                Notice of Final Cure Payment                page 1

Case 13-80296-JJG-13   Doc 86   Filed 08/01/18   EOD 08/01/18 15:29:37   Pg 2 of 3

Debtor 1 **Julie Kay Russell** Case number (*if known*) **13-80296 JJG-13**
First Name  Middle Name  Last Name

| Part 4: | A Response Is Required By Bankruptcy Rule 3002.1(g) |

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✘ **/s/ Donald L. Decker**   Date **08/01/2018**
Signature

Trustee **Donald   L.   Decker**
First Name  Middle Name  Last Name

Address **P.O. Box 9237**
Number  Street

**Terre Haute**   **IN**   **47808-9237**
City  State  ZIP Code

Contact phone ( **812** ) **234** – **2600**   Email **ddecker@decker13trustee.com**

Form 4100N                    **Notice of Final Cure Payment**                    page **2**

CERTIFICATE OF SERVICE

    I hereby certify that on August 1, 2018, a copy of the foregoing Trustee's Notice of Final Cure Payment was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

James R. Wiesneth, jrw@wiesnethlaw.com
U.S. Trustee, **ustpregion10.in.ecf@usdoj.gov**

    I further certify that on August 1, 2018, a copy of the foregoing Trustee's Notice of Final Cure Payment was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Julie Kay Russell
38 S State Street
Shelburn, IN  47879

Nationstar Mortgage, LLC
PO Box 619096
Dallas, TX  75261

/s/ Donald L. Decker
Donald L. Decker, Trustee